```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

NAING N. AUNG,                  )
     Plaintiff,                 )
                                )
          v.                    )
                                )    CIVIL ACTION NO. 14-14402-PBS
                                )
CENTER FOR HEALTH INFORMATION   )
AND ANALYSIS, ET AL.,           )
     Defendants.                )
```

**ORDER RE: FILING FEE**
June 16, 2015

SARIS, C.D.J.

On December 15, 2014, plaintiff Naing N. Aung ("Aung") filed a self-prepared employment discrimination/retaliation complaint against her former employer, the Center for Health Information and Analysis. Along with the complaint, Aung filed a Motion for Leave to Proceed *in forma pauperis* (Docket No. 2). On December 15, 2014, Aung filed an amended complaint. On January 30, 2015, she filed a Motion to Appoint Counsel (Docket No. 6).

Upon review of Aung's financial affidavit in support of her *in forma pauperis* request, this Court finds that she has not demonstrated sufficiently that she is without funds to pay the $400.00 filing and administrative fees.

Accordingly, it is hereby Ordered that Aung's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) is <u>DENIED</u>. Within 21 days of the date of this Memorandum and Order, Aung

1

must pay the $400.00 filing and administrative fees, failing which, this action will be dismissed.

In light of the above, the Court <u>RESERVES</u> on Aung's Motion pending compliance with the directives contained herein. No summonses shall issue pending further Order of the Court.

SO ORDERED.

/s/ Patti B. Saris
CHIEF, UNITED STATES DISTRICT JUDGE